Cite as 2026 Ark. 103

# SUPREME COURT OF ARKANSAS

**No.** D-26-198

| | |
|---|---|
| | **Opinion Delivered:** May 28, 2026 |
| ROBERT M. BRECH, EXECUTIVE DIRECTOR OF THE ARKANSAS SUPREME COURT COMMITTEE ON PROFESSIONAL CONDUCT <br> PETITIONER | MOTION FOR APPOINTMENT OF SPECIAL JUDGE |
| V. | |
| JACQUELINE FORSGREN MOCK, ATTORNEY AT LAW, ARKANSAS BAR NO. 2011180 <br> RESPONDENT | SPECIAL JUDGE APPOINTED. |

**PER CURIAM**

Robert M. Brech, Executive Director of the Arkansas Supreme Court Committee on Professional Conduct, has filed a petition for disbarment against the respondent, Jacqueline Forsgren Mock. Pursuant to section 13(A) of the Arkansas Supreme Court Procedures Regulating Professional Conduct of Attorneys at Law, this court shall assign a special judge to preside over the disbarment proceedings. After hearing all the evidence relevant to the alleged misconduct, the special judge shall make findings of fact, conclusions of law, and recommendations of an appropriate sanction, and shall file them, along with a transcript and the record of the proceedings, with the Clerk of the Supreme Court.

We hereby appoint the Honorable Randy Wright as a special judge to hear this matter and to provide the court with findings of facts, conclusions of law, and

recommendations of an appropriate sanction. Upon receipt of the special judge's findings, this court will render a decision.

It is so ordered.

BAKER, C.J., and WEBB, J., not participating.